UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOSEY WILLIS**                                                **CIVIL ACTION**

**VERSUS**                                                      **NO. 21-1632**

**WALMART INC. AND WAL-MART**                                   **SECTION "B"**
**LOUISIANA, LLC**

### ORDER AND REASONS

On January 6, 2022, the Court issued an order conditionally granting plaintiff's motion to remand, provided no later than January 17, 2022 plaintiff files a signed affidavit stipulating that she will not accept or seek to enforce any judgment that may be awarded in excess of $75,000.00, exclusive of interest and costs, and revoking the prior admission to the contrary that was made by her attorney. Rec. Doc. 22; *see Davis v. State Farm*, No. 06-560, slip op. (E.D. La. June 7, 2006). While no opposition to the subject motion has been filed, and issues about diversity jurisdictional amount remained from our readings of plaintiff's original and amending petitions, the latter order was issued to obtain definitive clarification of the amount in controversy. On January 14, 2022, plaintiff's counsel filed an affidavit from their client, plaintiff Josey Willis that sufficiently resolves the latter issue. Rec. Doc. 23. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to remand (Rec. Doc. 16) is **GRANTED**, remanding this case to the Civil District Court for the Parish of Orleans **without prejudice** to the

1

defendants' ability to timely remove the case from state court should the plaintiff amend her complaint or denounce the foregoing affidavit in state court by seeking a damage award in excess of $75,000.00, exclusive of interest and costs.

New Orleans, Louisiana this 4th day of February, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE